**UNDER SEAL**

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00292-IM |
| v. | INDICTMENT |
| IAN JOSEPH McCARTHY, | 18 U.S.C. § 111(a)(1); |
| Defendants. | 18 U.S.C. § 1361; |
| | 18 U.S.C. § 1362; and |
| | 18 U.S.C. § 751(a) |
| | Forfeiture Allegation |
| | UNDER SEAL |

### COUNT 1
(Assault on a Federal Officer)
(18 U.S.C. § 111(a)(1))

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did forcibly assault, resist, oppose, impeded, intimidate, and interfere with Victim Officer 1, a person designated in 18 U.S.C. § 1114, who was engaged in official duties and said assault involved physical contact to Victim Officer 1;

In violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 2
(Assault on a Federal Officer)
(18 U.S.C. § 111(a)(1))

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did forcibly assault, resist, oppose, impeded, intimidate, and interfere with Victim Officer 2, a person

designated in 18 U.S.C. § 1114, who was engaged in official duties and said assault involved physical contact to Victim Officer 2;

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 3
## (Depredation of Government Property)
## (18 U.S.C. § 1361)

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did willfully injure and commit a depredation against property of the United States and of any department or agency thereof, property which had been and was being manufactured and constructed for the United States and any department or agency thereof, specifically fiber optic cables providing service to a building used by the Department of Homeland Security located at 4310 S. Macadam Avenue, Portland, Oregon, and the resulting damage exceeded $1,000;

In violation of Title 18, United States Code, Section 1361.

## COUNT 4
## (Damage to Communication Lines)
## (18 U.S.C. § 1362)

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did willfully and maliciously injure and destroy the works, property and material of a fiber optic cable system and means of communication operated and controlled by the United Stats and used and intended to be used for civil defense functions of the United States, and did willfully and maliciously interfere with the working and use of such a communication line and communication system, and willfully and maliciously obstruct, hinder, and delay the transmission of a communication over such line and system;

In violation of Title 18, United States Code, Section 1362.

## COUNT 5
### (Escape from Custody)
### (18 U.S.C. § 751(a))

On or about July 4, 2025, in the District of Oregon, **IAN JOSEPH McCARTHY** did knowingly escape and attempt to escape from custody of an officer of the United States wherein he was held by virtue of his lawful arrest for the felony offenses as alleged in Counts 1, 2, 3, and 4 herein;

In violation of Title 18, United States Code, Section 751(a).

Dated: July 15, 2025

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney