Clais Daniels-Edwards, NY SBN 6069900
Assistant Federal Public Defender
Email: clais_daniels-edwards@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>IAN JOSEPH MCCARTHY,<br><br>                Defendant. | Case No. 3:25-cr-00292-IM-1<br><br>UNOPPOSED MOTION TO CONTINUE TRIAL |

Defendant, Ian Joseph McCarthy, through his attorney, Clais Daniels-Edwards, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for October 7, 2025, for a period of approximately 120 days, to February 4, 2026, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Paul T. Maloney.

Mr. McCarthy is charged by Indictment with Count 1: Assault on a Federal Officer in violation of 18 U.S.C. § lll(a)(l); Count 2: Assault on a Federal Officer in violation of 18 U.S.C. § lll(a)(l); Count 3: Depredation of Government Property in violation of 18 U.S.C. § 1361; Count 4: Damage to Communication Lines in violation of 18 U.S.C. § 1362; Count 5: Escape from

Custody in violation of 18 U.S.C. § 751(a).  Mr. McCarthy is currently detained. Additional time is needed for the defense to investigate, review discovery, meet with Mr. McCarthy, and discuss any potential resolution of this matter.

Specifically, the parties request the Court exclude the 119-day period from October 15, through February 11, 2026, under the Speedy Trial Act. The ends of justice are served by a 119-day continuance of this matter.

Mr. McCarthy understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: August 25, 2025.

*/s/ Clais Daniels-Edwards*
Clais Daniels-Edwards, NY SBN 6069900