Clais Daniels-Edwards, NY SBN 6069900
Assistant Federal Public Defender
Email: clais_daniels-edwards@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>IAN JOSEPH MCCARTHY,<br><br>        Defendant. | Case No. 3:25-cr-00292-IM-1<br><br>DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL |

I, Clais Daniels-Edwards, declare:

1. I am counsel of record in this matter for the defendant, Ian Joseph McCarthy.

2. A continuance of the current trial date of February 10, 2026, to a date at least 120 days from the present setting is necessary as more time is required to continue discovery review, identify necessary research and investigation tasks to be conducted, consult with and effectively advise Mr. McCarthy, and adequately prepare the case.

3. I have spoken with the defendant and explained the reasons for requesting a continuance and his rights under the Speedy Trial Act. Mr. McCarthy agrees with the reasons for the continuance and waives his rights to a speedy trial.

4. Assistant United States Attorney Paul T. Maloney has been contacted and does not object to this continuance.

5. This declaration is made in good faith and in support of the motion for continuance of the trial date in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on January 13, 2026, in Portland, Oregon.

*/s/ Clais Daniels-Edwards*
Clais Daniels-Edwards, NY SBN 6069900