SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00292-IM** |
| **v.** | **GOVERNMENT REQUEST FOR PRETRIAL DISCOVERY** |
| **IAN JOSEPH McCARTHY,** | |
| **Defendant.** | |

Pursuant to Fed. R. Crim. P. 16(b), and U.S. District Court of Oregon, Standing Order 2021-6, the United States of America, hereby requests that defendant make the following materials available for inspection and copying on or before June 11, 2026.

1.      All books, papers, documents, data, photographs, tangible objects, or copies or portions thereof, which are in defendant's possession, custody, or control, and which defendant intends to use during his case-in-chief at trial.  Fed. R. Crim. P. 16(b)(1)(A).

2.      All results or reports of physical or mental examinations or scientific tests or experiments made in connection with this case, which are within defendant's possession, custody, or control, and which defendant intends to introduce as evidence in defendant's case-in-chief at trial.  Fed. R. Crim. P. 16(b)(1)(B)(i).

3.      All results or reports of physical or mental examinations or scientific tests or

**GOVERNMENT REQUEST FOR PRETRIAL DISCOVERY**                    **Page 1**

experiments made in connection with this case, which were prepared by a witness whom defendant intends to call at trial, insofar as the requested materials are in the defendant's possession, custody, or control and results or reports related to the witness's testimony. Fed. R. Crim. P. 16(b)(1)(B)(i) and (ii).

4.    Written summaries of any expert testimony defendant intends to introduce at trial, describing each expert's opinions and the bases and reasons for those opinions, and each expert's qualifications.  Fed. R. Crim. P. 16(b)(1)(C).

5.    All statements (as defined in Fed. R. Crim. P. 26.2(f)) of any defense witness, however recorded, which relate to the subject matter of the witness's testimony.  Fed. R. Crim. P. 26.2.

Pursuant to Fed. R. Crim. P. 16(c), this is a continuing request for discovery. Therefore, if after producing the materials described herein, defendant discovers any additional such material, defendant should promptly notify the government of its existence and provide the government with the opportunity to inspect and copy it.

Dated: May 22, 2026                        Respectfully submitted,

                                           SCOTT E. BRADFORD
                                           United States Attorney

                                           PAUL T. MALONEY, OSB #013366
                                           Assistant United States Attorney

**GOVERNMENT REQUEST FOR PRETRIAL DISCOVERY**                    **Page 2**