Clais Daniels-Edwards, NJ 115122015
Assistant Federal Public Defender
Email: clais_daniels-edwards@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00292-IM-1 |
| Plaintiff, | |
| v. | UNOPPOSED MOTION TO CONTINUE TRIAL |
| IAN JOSEPH MCCARTHY, | |
| Defendant. | |

Defendant, Ian Joseph McCarthy, through his attorney, Clais Daniels-Edwards, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for June 9, 2026, for a period of approximately 150 days, to November 6, 2026, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Paul T. Maloney.

Mr. McCarthy is charged by Indictment with Count 1: Assault on a Federal Officer in violation of 18 U.S.C. § lll(a)(l); Count 2: Assault on a Federal Officer in violation of 18 U.S.C. § lll(a)(l); Count 3: Depredation of Government Property in violation of 18 U.S.C. § 1361; Count

PAGE 1.   UNOPPOSED MOTION TO CONTINUE TRIAL

4: Damage to Communication Lines in violation of 18 U.S.C. § 1362; Count 5: Escape from Custody in violation of 18 U.S.C. § 751(a).  Mr. McCarthy is currently detained. Additional time is needed for the defense to investigate, review discovery, meet with Mr. McCarthy, and discuss any potential resolution of this matter.

Specifically, the parties request the Court exclude the 150-day period from June 10, 2026 through November 6, 2026, under the Speedy Trial Act. The ends of justice are served by a 150-day continuance of this matter.

Mr. McCarthy understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 22, 2026.

*/s/ Clais Daniels-Edwards*
Clais Daniels-Edwards, NJ 115122015

PAGE 2.   UNOPPOSED MOTION TO CONTINUE TRIAL