Clais Daniels-Edwards, NJ 115122015
Assistant Federal Public Defender
Email: clais_daniels-edwards@fd.org
Michael Charles Benson, AK 1311070
Assistant Federal Public Defender
Email: michael_benson@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>IAN JOSEPH MCCARTHY,<br>Defendant. | Case No. 3:25-cr-00292-IM-1<br><br>OPPOSED MOTION TO CONTINUE TRIAL |

Defendant, Ian Joseph McCarthy, through his attorney, Clais Daniels-Edwards, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for November 3, 2026. Per communications with the Court, we respectfully ask for the court to set a firm trial date on one of three dates:

1. February 15, 2027
2. May 3, 2027
3. May 10, 2027

This motion is based on the reasons set forth in the accompanying declaration and is opposed by Assistant United States Attorney Paul T. Maloney.

Mr. McCarthy is charged by Indictment with Count 1: Assault on a Federal Officer in violation of 18 U.S.C. § lll(a)(l); Count 2: Assault on a Federal Officer in violation of 18 U.S.C. § lll(a)(l); Count 3: Depredation of Government Property in violation of 18 U.S.C. § 1361; Count 4: Damage to Communication Lines in violation of 18 U.S.C. § 1362; Count 5: Escape from Custody in violation of 18 U.S.C. § 751(a). Mr. McCarthy is currently on pretrial release. On June 29, 2026 and August 12, 2026, Mr. McCarthy sent a formal discovery letter to the government requesting:

a. Any reports written by the officers involved in the arrest of Mr. McCarthy;

b. The names, badge numbers, and contact information of the officers involved, including officers involved in crowd control;

c. Any video of the incident, including any and all body camera footage;

d. Any documentation of efforts made to preserve video footage including any body camera footage;

e. Any medical documentation of the injuries or treatment;

f. Any reports or documents of a use-of-force investigation, or confirmation that no use-of-force investigation was conducted;

g. Any claims for worker's compensation or lost wages because of the injuries;

h. Any documentation that the ICE facility was engaged in the civil defense functions, as charged in Count 4 of the indictment;

i. Any documentation that the government paid or contracted for the repairs identified in the August 22, 2025, report by Agent Etter to be performed, as required to prove Count 3 of the indictment;

j. Any additional documentation related to the payment for these repairs;

k. Any documentation corroborating that the ICE facility experienced internet connectivity loss on July 10, 2025; and,

l. The flexible cuffs that Mr. McCarthy is alleged to have broken out of and if those cuffs are not available, the make and model of the flexible cuffs that were used on Mr. McCarthy.

Some of these requests formalized informal requests that were made in the preceding months. It appears that roughly twenty officers were involved in what is described as a "targeted" arrest of Mr. McCarthy. The defense has received just two reports. The defense has not received the names of any of the other involved officers. The video footage reveals the twenty officers who were part of the "targeted" arrest engaged in aggressive uses of force including deploying chemical munitions against large numbers of protesters a distance away from the ICE facility.

Count three of the indictment alleges that Mr. McCarthy destroyed government property, and that the damage to government property was in excess of $1,000. 18 U.S.C. § 1361. The government will have to prove that "the damage to government property" exceeded that sum. *United States v. Seaman*, 18 F.3d 649, 651 (9th Cir. 1994). Here that property is a fiber optic cable. The defense has been provided with a report discussing the cost to Comcast of repairing that cable. Despite requests, no documentation has been provided showing what part of that repair the government paid. In addition, the allegation is that Mr. McCarthy's cutting of the cable interfered with internet functioning at the ICE facility. The defense has received only a report documenting a single employee having difficulty accessing the internet. The date that employee had difficulty was *after* the repairs were completed.

Count four of the indictment alleges that the ICE facility was engaged in "civil defense functions" in violation of 18 U.S.C. § 1362. The idea is that Mr. McCarthy cutting the cable

interfered with communications used for these civil defense functions. While this statute has rarely been charged, civil defense functions generally refer to civilians organized for disaster relief or to repel an enemy military incursion. No discovery has been provided indicating what civil defense functions the ICE facility was engaged in.

Mr. McCarthy has received no discovery production that appears to respond to his June 29 request or confirmation that either (a) the government contests its obligations to provide those materials or (b) that the government is unable to provide those materials, with the exception of the bodycam footage that the government has previously informally indicated is unavailable.

On August 12, 2026, Mr. McCarthy sent the government a narrower request asking for documentation of the make and model of the flexicuffs Mr. McCarthy is alleged to have broken.

On August 21, 2026, defense counsel received supplemental discovery from the government which requires additional time for the defense to investigate, review discovery, meet with Mr. McCarthy, and discuss any potential resolution of this matter.

Specifically, the parties request the Court exclude the 187-day period from November 4, 2026 through May 10, 2026, under the Speedy Trial Act. The ends of justice are served by a 187-day continuance of this matter.

Mr. McCarthy understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: September 3, 2026.

*/s/ Clais Daniels-Edwards*
Clais Daniels-Edwards, NJ 115122015

*/s/ Michael Charles Benson*
Michael Charles Benson, AK 1311070