SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PAUL T. MALONEY, OSB #013366**
Assistant United States Attorney
Paul.Maloney@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00292-IM** |
| **v.** | **GOVERNMENT'S MOTION TO DISMISS** |
| **IAN JOSEPH McCARTHY,** | **Rule 48(a) Fed. R. Crim. P.** |
| **Defendant.** | **UNDER SEAL** |

Pursuant to Fed. R. Crim. P. 48(a), the United States of America moves to dismiss Count 3 of the Indictment herein. The government elects not to proceed with this count and the requested dismissal is in the best interests of justice.

Dated: October 2, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney