UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

**v.**

**IAN JOSEPH McCARTHY,**

**Defendant.**

**3:25-cr-00292-IM**

**ORDER TO DISMISS COUNT 3 OF THE INDICTMENT**

Based on the government's motion, pursuant to Fed. R. Crim. P 48(a), it is hereby ordered that Count 3 of the indictment herein alleging Depredation of Government Property in violation of 18 U.S.C. § 1361, against **IAN JOSEPH McCARTHY is** dismissed.

Dated: October 6, 2026

/s/ Karin J. Immergut
HONORABLE KARIN J. IMMERGUT
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney